IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   17-cr-157-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   PAXTON L. DANIELS,

    Defendant.

## INDICTMENT
## 18 U.S.C. § 922(g)(1)
### Possession of a Firearm by a Prohibited Person

The Grand Jury charges:

### COUNT 1
18 U.S.C. § 922(g)(1)

On or about March 12, 2017, in the State and District of Colorado, the defendant, PAXTON L. DANIELS, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate and foreign commerce; in violation of Title 18, United States Code, Section 922(g)(1).

# FORFEITURE ALLEGATION

Upon conviction of the violation alleged in Count One of this Indictment involving, Title 18, United States Code, Section 922(g)(1), the defendant, PAXTON L. DANIELS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the firearm involved in the commission of the offense.

If the property described above, as a result of any act or omission of the defendant:

- a) cannot be located upon the exercise of due diligence;
- b) has been transferred or sold to, or deposited with, a third party;
- c) has been placed beyond the jurisdiction of the Court;
- d) has been substantially diminished in value; or
- e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of defendant, PAXTON L. DANIELS, up to the value of the forfeitable property.

A TRUE BILL:

"Ink signature on file in Clerk's Office"
FOREPERSON

2

ROBERT C. TROYER
Acting United States Attorney


*s/Timothy DeLoache Edmonds*
TIMOTHY DELOACHE EDMONDS
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado   80202
Telephone:   (303) 454-0100
Fax:   (303) 454-0405
E-mail:   timothy.edmonds@usdoj.gov