| | |
|---|---|
| DEFENDANT: | Paxton L. Daniels |
| YOB: | 1984 |
| COMPLAINT FILED? | ____ Yes   __X__ No |
| | If Yes, MAGISTRATE CASE NUMBER _____ |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _____ Yes   _____ No
   If No, a new warrant is required

| | |
|---|---|
| OFFENSE(S): | Count 1: Prohibited person in possession of a firearm, 18 U.S.C. § 922(g)(1) |
| LOCATION OF OFFENSE: | El Paso County, Colorado |
| PENALTY: | NMT: 10 years of imprisonment, $250,000 fine, or both, 3 years of supervised release, $100 special assessment |
| AGENT: | Chris Haas, Special Agent, ATF |
| AUTHORIZED BY: | Assistant U.S. Attorney Timothy D. Edmonds |

ESTIMATED TIME OF TRIAL:

 X   five days or less ____ over five days          ____ other

THE GOVERNMENT

X_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

_____ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:   ____ Yes   __X__ No