Attention: ET. ALL            17-CR-157-RM

(9TH) Judical court, A.T.F, federal county clerk U.S. Marshal and presiding Magistrate or Judge of Thee honnorable Atributes status

I, "PAXTON L. Daniels",

Here by am moving the court to Invoke my Right to be absolved of all charges, and/or be NON prossesed, a reigned with in the scope of thee Dew process of one-hundred and eighty days, acordding to U.S. constitutional & civil Law.. Thank you, GOD Bless.

FILED
RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 18 2017

JEFFREY P. COLWELL
            CLERK

THEE Sr.
     PAXTON L. DANIELS
        P.D.
     P Daniels

Name: Paxton Daniels
Adm#: A624468
Criminal Justice Center
2739 E Las Vegas Street
Colorado Springs, CO 80906

UNCENSORED
INMATE MAIL

ALFRED ARRAJ courthouse
901 19th St
DENVER, CO
80294

neopost
045J8305610D
$0.460
05/18/2017
Mailed From 80906
US POSTAGE