UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 17-cr-00157-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     PAXTON L. DANIELS,

    Defendant.

## MOTION FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

    The United States of America, by and through the United States Attorney for the District of Colorado, respectfully requests the Court issue a Writ of Habeas Corpus Ad Prosequendum and states as follows:

    1)     The defendant, PAXTON L. DANIELS, YOB 1984, Booking Number 1700004401, is confined in the El Paso County Criminal Justice Center, 2739 East Las Vegas Street, Colorado Springs, Colorado 80906; and

    2)     An initial appearance will be held forthwith in the United States District Court for the District of Colorado before a United States Magistrate Judge for proceedings in the above-captioned case, and it is necessary that the defendant be present in person during these proceedings, as well as certain other proceedings in his case.

WHEREFORE the United States moves the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued to the United States Marshal for the District of Colorado, or any other United States Marshal, requiring him to serve the writ on the Warden, Superintendent, or Custodian of any place or institution where the defendant is confined, and requiring said United States Marshal to produce the defendant before a United States Magistrate Judge for an initial appearance and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

Dated this 18th day of May 2017.

        Respectfully submitted,

        ROBERT C. TROYER
        Acting United States Attorney

By:   *s/Timothy D. Edmonds*
        TIMOTHY D. EDMONDS
        Assistant U.S. Attorney
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Phone: (303) 454-0100
        Fax: (303) 454-0405
        Email: Timothy.Edmonds@usdoj.gov

        Attorney for the government