UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 17-cr-00157-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   PAXTON L. DANIELS,

    Defendant.

_____

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**
_____

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

This Writ is issued upon Order of the United States District Court for the District of Colorado.  I hereby command that you bring the body of PAXTON L. DANIELS, YOB 1984, Booking Number 1700004401, defendant herein, confined in the El Paso County Criminal Justice Center, 2739 East Las Vegas Street, Colorado Springs, Colorado 80906, before a United States Magistrate Judge, sitting at Denver, Colorado, forthwith, to appear for an initial appearance and to hold the defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of these

proceedings in the United States District Court for the District of Colorado, you shall return the defendant to the institution where he was confined.

DATED at Denver, Colorado, this __19th__ day of __May__, 2017.

BY THE COURT:
JEFFREY P. COLWELL

 s/N. Marble, Deputy Clerk
CLERK, UNITED STATES DISTRICT COURT