IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 17-cr-00157-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PAXTON L. DANIELS,

    Defendant.

_____

## NOTICE OF APPEARANCE
_____

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender

    s/ Timothy P. O'Hara
    TIMOTHY P. O'HARA
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Email:  timothy_ohara@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on May 31, 2017, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Timothy DeLoache Edmonds
    Assistant U.S. Attorney
    Email:  timothy.edmonds@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Paxton L. Daniels  (U.S. Mail)

                                               s/ Timothy P. O'Hara
                                               TIMOTHY P. O'HARA
                                               Assistant Federal Public Defender
                                             633 Seventeenth Street, Suite 1000
                                             Denver, Colorado  80202
                                             Telephone:  (303) 294-7002
                                             FAX:  (303) 294-1192
                                             Email:  timothy_ohara@fd.org
                                             Attorney for Defendant