AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2017 MAY 31  PM 4: 38
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

United States of America
v.

PAXTON L. DANIELS,
*Defendant*

Case No.   17-cr-157-RM

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   PAXTON L. DANIELS,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Prohibited person in possession of a firearm, In Violation of Title 18 U.S.C. § 922(g)(1).

Date:   05/10/2017

s/ C. Thompson Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jefrrey P. Colwell Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 5/10/17, and the person was arrested on *(date)* 5/30/2017
at *(city and state)* Denver, Co.

Date: 5/30/2017

*Arresting officer's signature*

Daniel Ruff Deputy US Marshal
*Printed name and title*