IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 17-cr-00157-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

PAXTON L. DANIELS,

      Defendant.

---

## NOTICE OF DISPOSITION

---

Defendant, Paxton L. Daniels, by and through counsel, Timothy P. O'Hara, Assistant Federal Public Defender, hereby notifies this Honorable Court that a disposition has been reached in this case with the government. The parties are requesting permission to contact the Court to schedule a change of plea hearing.

      Respectfully Submitted,

      VIRGINIA L. GRADY
      Federal Public Defender


      s/ Timothy P. O'Hara
      Timothy P. O'Hara
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Timothy_OHara@fd.org
      Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2017, I electronically filed the foregoing

## NOTICE OF DISPOSITION

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

 Timothy DeLoache Edmonds
 Assistant U.S. Attorney
 Email:  timothy.edmonds@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Paxton L. Daniels    *via U.S. mail*

      s/ Timothy P. O'Hara
      Timothy P. O'Hara
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Timothy_OHara@fd.org
      Attorney for Defendant