**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 17-cr-00157-RM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. PAXTON L. DANIELS,

 Defendant.

---

**ORDER SETTING CHANGE OF PLEA HEARING**

---

 Pursuant to the Notice of Disposition filed on July 17, 2017 (Docket No. 20). A Change of Plea Hearing is set for **August 15, 2017 at 9:30 a.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

 The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **August 3, 2017**, and the **four-day** jury trial scheduled for **August 7, 2017** are VACATED.

DATED this 19th day of July, 2017.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge