IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 17-cr-00157-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

PAXTON L. DANIELS,

        Defendant.

---

### UNOPPOSED MOTION TO CONTINUE THE CHANGE OF PLEA HEARING

---

Defendant, Paxton L. Daniels, by and through counsel, Timothy P. O'Hara, Assistant Federal Public Defender, hereby moves to continue the Change of Plea Hearing currently set for Tuesday August 15, 2017, at 9:30 a.m.  The parties request an additional 7-14 days to finalize the terms of the Plea Agreement.  In support of the present Unopposed Motion, undersigned counsel states:

1) On July 17, 2017, undersigned counsel filed a Notice of Disposition on Mr. Daniels' behalf.  *See* Doc. 20.

2) On July 19, 2017, the Court, after consulting with the parties, set the Change of Plea Hearing for August 15, 2017, at 9:30 am.  *See* Doc. 22.

3) Pursuant to local rule, an attorney for the government shall provide a copy of the Plea Agreement to the chambers of the assigned judicial officer and the Probation Department no later than 48 hours before the change of plea hearing.  *See* D.C. Colo.LCrR11.1(c).

4) At this time, the parties have not finalized the terms of the Plea Agreement. The parties have negotiated at length and are close to a finalization of all of the terms of the agreement.  Counsel for the government is preparing for trial on an another case that is set to begin on Monday August 14, 2017, and the final piece of negotiation (and subsequent approval) cannot be completed and approved in time for the change of plea to proceed.

5) The parties believe that with an additional 7-14 days, the terms of the Plea Agreement will be finalized and the Change of Plea Hearing may proceed.

6) Undersigned counsel discussed the present Motion with counsel for the government who agrees with the request for additional time.

WHEREFORE, undersigned counsel requests that the Court continue the Change of Plea Hearing currently set for August 15, 2017, at 9:30 a.m. for an additional 7-14 days.

> Respectfully Submitted,
>
> VIRGINIA L. GRADY
> Federal Public Defender
>
> s/ Timothy P. O'Hara
> Timothy P. O'Hara
> Assistant Federal Public Defender
> 633 17th Street, Suite 1000
> Denver, CO  80202
> Telephone:  (303) 294-7002
> FAX:  (303) 294-1192
> Timothy_OHara@fd.org
> Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2017, I electronically filed the foregoing

**MOTION TO CONTINUE THE CHANGE OF PLEA HEARING**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Timothy DeLoache Edmonds
    Assistant U.S. Attorney
    Email:  timothy.edmonds@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Paxton L. Daniels    *via U.S. mail*

                    s/ Timothy P. O'Hara
                    Timothy P. O'Hara
                    Assistant Federal Public Defender
                    633 17th Street, Suite 1000
                    Denver, CO  80202
                    Telephone:  (303) 294-7002
                    FAX:  (303) 294-1192
                    Timothy_OHara@fd.org
                    Attorney for Defendant