IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:  Tammy Hoffschildt<br>Probation Officer:  Gary Kruck | Date:  November 20, 2017<br>Interpreter:  n/a |

**CASE NO.  17-cr-00157-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Timothy Edmonds |
| Plaintiff, | |
| v. | |
| 1.  PAXTON L. DANIELS, | Timothy O'Hara |
| Defendant. | |

**COURTROOM MINUTES**

**SENTENCING HEARING**
**COURT IN SESSION:**     9:29 a.m.
Court calls case.   Appearances of counsel.   Defendant is present and in custody.

Interpreter sworn.

Defendant entered his plea on September 1, 2017, to Count 1 of the Indictment.

Discussion held and argument given regarding pending motions and objections.

**ORDERED:**  Government's oral motion that the defendant receive the third point for acceptance of responsibility is GRANTED.

Counsel for the Government addresses the Court regarding sentencing.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant addresses the Court regarding sentencing.

Statement by the Court regarding Defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  Defendant's Motion (Doc. 31) is DENIED as stated on the record.

**ORDERED:**  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the Defendant, PAXTON L. DANIELS, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **33 months, consecutive to any parole violation sentence he is currently serving AND concurrent to the yet-to-be imposed sentence in his El Paso County Court case, 17CR1457.**

Court RECOMMENDS that the Bureau of Prisons designate the state facility at which the defendant serves the anticipated sentence as the place for service of this federal sentence.

**ORDERED:**  Upon release from imprisonment, Defendant shall be placed on **supervised release** for a period of **three (3) years.**

**ORDERED:  Mandatory Conditions** of Supervised Release:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:  Special Conditions** of Supervised Release:
- (**X**) Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.   Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.   Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall participate in a cognitive behavioral treatment (CBT)

        program as directed by the probation officer until such time as the defendant is released from the program by the probation officer. Defendant shall pay the cost of treatment as directed by the probation officer.

(**X**)    Defendant shall submit his person, property, house, residence, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer.   Failure to submit to search may be grounds for revocation of release.   Defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition.   An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation.   Any search must be conducted at a reasonable time and in a reasonable manner.

(**X**)    Defendant shall reside in residential reentry center (RRC) for a period of up to 180 days, to commence upon release from custody.   Defendant shall observe the rules of that facility.   The probation officer is authorized to release the defendant from the RRC early, if he is in compliance with all of his obligations with respect to supervised release and has established a stable treatment plan and living circumstance.

**ORDERED:**  Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine.

Defendant advised of right to appeal.

**ORDERED:**  Any notice of appeal must be filed within 14 days.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**     **10:53 a.m.**
Hearing concluded.
Total time:             1:24