# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00157-RM-01

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Paxton L. DANIELS,

   Defendant.

---

## ORDER REGARDING VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE

---

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violations of the conditions of supervision.

HAVING considered the probation officer's petition, the Court

\_\_\_\_  ORDERS the issuance of an arrest warrant.

\_\_\_\_  ORDERS the issuance of a summons.

\_\_\_\_  DENIES the request.

DATED at Denver, Colorado, this \_\_\_\_\_ day of May, 2023.

BY THE COURT:

_____
Raymond P. Moore
United States District Judge