AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>PAXTON L. DANIELS<br>*Defendant* | )<br>)  Case No. 1:17-cr-00157-RM-01<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Paxton L. Daniels                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☑ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Possession and Use of a Controlled Substance
Failure to Participate in (Substance Abuse or Mental Health) Treatment as Directed by the Probation Officer
Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer

Date: _____                                           _____
                                                                                                                *Issuing officer's signature*

City and state: _____                           _____
                                                                                                                *Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                                                                    _____
                                                                                                                *Arresting officer's signature*

                                                                                                                _____
                                                                                                                *Printed name and title*