IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 17-cr-00157-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PAXTON L. DANIELS,

    Defendant.

_____

**ORDER REGARDING VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE**
_____

    THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violations of the conditions of supervision.

    HAVING considered the probation officer's petition, the Court

__X__ ORDERS the issuance of an arrest warrant.

_____ ORDERS the issuance of a summons.

_____ DENIES the request.

    Dated this 23rd day of May, 2023.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge