IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 17-cr-00157-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

PAXTON L. DANIELS,

       Defendant.

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

                      Respectfully submitted,

                      VIRGINIA L. GRADY
                      Federal Public Defender

                      s/ *Timothy P. O'Hara*
                      TIMOTHY P. O'HARA
                      Assistant Federal Public Defender
                      633 Seventeenth Street, Suite 1000
                      Denver, Colorado  80202
                      Telephone:  (303) 294-7002
                      FAX:  (303) 294-1192
                      Email:  timothy_ohara@fd.org
                      Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on June 6, 2023, I filed the foregoing **Notice of Appearance** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

    Martha Paluch, Assistant United States Attorney
    E-mail:  Martha.Paluch@usdoj.gov

       I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Paxton L. Daniels (via U.S. mail)

                                     s/ *Timothy P. O'Hara*
                                     TIMOTHY P. O'HARA
                                     Assistant Federal Public Defender
                                     633 Seventeenth Street, Suite 1000
                                     Denver, Colorado  80202
                                     Telephone:  (303) 294-7002
                                     FAX:  (303) 294-1192
                                     Email:  timothy_ohara@fd.org
                                     Attorney for Defendant